1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ARTHUR BRUCE,                          Case No.  24-cv-04029-TLT

8                  Plaintiff,               **JUDICIAL REFERRAL FOR THE**
                                            **PURPOSES OF DETERMINING**
9         v.                                **RELATIONSHIP**

10   URBAN ALCHEMY, et al.,                 Related: 3:24-cv-05806-TLT

11                 Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to

14   the Honorable Edward M. Chen for consideration of whether the case is related to *3:23-cv-01360*.

15        IT IS SO ORDERED.

16   Dated: December 11, 2024

17                                          _____
                                            TRINA L. THOMPSON
18                                          United States District Judge

19

20

21

22

23

24

25

26

27

28